**Opinion issued May 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00400-CV

———————————

## IN RE KATHERINE LOUSIE KING, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Katherine Louise King, has filed a motion to dismiss her petition for writ of mandamus. Relator's petition for writ of mandamus asserted that the trial court had failed to rule on her challenge to its subject-matter jurisdiction while "entertain[ing] and decid[ing] substantive matters in the case, despite repeated requests from Relator for a ruling on her amended plea to the jurisdiction."[1]

---

[1]     The underlying case is *In the Matter of Marriage of Katherine Louise King and Christopher Michael King and In the Interest of R.A.K., a Child,* No. 2011-23444,

Relator states in her motion to dismiss that she has now received a written order from the trial court denying her plea to the jurisdiction.

Accordingly, we grant Relator's motion and dismiss her petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

---

in the 311th District Court of Harris County, Texas, the Honorable Deborah Pratt presiding.